UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KECIA MASHORE,<br><br>       Plaintiff,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A.,<br>       Defendant. | No. 16-CV-7024(ENV)(PK) |

<u>Notice of Attorney Jonathan R. Miller Change of Address</u>

  PLEASE TAKE NOTICE that the firm, address, and email address for Jonathan R. Miller, an attorney of record for the Plaintiff in the above-captioned case, has changed:

| <u>Old Information:</u> | <u>New Information:</u> |
|---|---|
| Bromberg Law Office, P.C.<br>26 Broadway, 21st Floor<br>New York, NY 10004<br>Tel: 212-248-7906<br>Fax: 212-248-7908<br>jonathan@bromberglawoffice.com | Salem Community Law Office<br>301 N. Main St., 24th Floor<br>Winston-Salem, NC 27101<br>Tel: 336-837-4437<br>Fax: 336-837-4436<br>jmiller@salemcommunitylaw.com |

  As Mr. Miller is no longer associated with Bromberg Law Office, P.C., he will be moving to withdraw as attorney of record in the above-referenced case.

Dated: September 26, 2017    Respectfully submitted,

                /s/ Jonathan R. Miller
                Jonathan R. Miller

<u>Certificate of Service</u>

I hereby certify that on September 26, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of this Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: September 26, 2017

<u>/s/ Jonathan R. Miller</u>
Jonathan R. Miller
301 N. Main St., Suite 2415
Winston-Salem, NC 27101
Phone: (336) 837-4437
Fax: (336) 837-4436
jmiller@salemcommunitylaw.com