UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KECIA MASHORE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>JPMORGAN CHASE BANK, N.A.,<br>　　　　　　　　　Defendant. | No. 16-CV-7024(ENV)(PK) |

### Motion of Jonathan R. Miller to Withdraw as Attorney of Record

Jonathan R. Miller, an attorney of record for the Plaintiff in the above-captioned case, respectfully requests that he be allowed to withdraw from this action, as he is no longer associated with Bromberg Law Office, P.C. Brian L. Bromberg, Matthew Schedler, and Melissa Kovenwill continue to represent Plaintiff Kecia Mashore.

Dated: September 26, 2017　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Jonathan R. Miller
　　　　　　　　　　　　　　　　　Jonathan R. Miller
　　　　　　　　　　　　　　　　　301 N. Main St., Suite 2415
　　　　　　　　　　　　　　　　　Winston-Salem, NC 27101
　　　　　　　　　　　　　　　　　Phone: (336) 837-4437
　　　　　　　　　　　　　　　　　Fax: (336) 837-4436
　　　　　　　　　　　　　　　　　jmiller@salemcommunitylaw.com

<u>Certificate of Service</u>

  I hereby certify that on September 26, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of this Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: September 26, 2017

              <u>/s/ Jonathan R. Miller</u>
              Jonathan R. Miller
              301 N. Main St., Suite 2415
              Winston-Salem, NC 27101
              Phone: (336) 837-4437
              Fax: (336) 837-4436
              jmiller@salemcommunitylaw.com