UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KECIA MASHORE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　　　　　Defendant. | Case No.: 16-CV-7024 (ENV)(PK)<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |

　　　　　IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties that the above action is dismissed with prejudice and without costs to any party.

　　　　　IT IS FURTHER STIPULATED AND AGREED that the undersigned counsel consent to this Court's retention of jurisdiction over this matter solely for the purpose of enforcing the terms of the Settlement Agreement between the parties. The Settlement Agreement is not being filed with the Court.

**REMAINDER OF PAGE INTENTIONALLY BLANK**

This Stipulation may be signed in counterparts and electronic/facsimile copies and/or photocopies shall be considered originals for all purposes.

Dated: New York, New York
September 19, 2017

CAMBA LEGAL SERVICES, INC.

By: _____
Melissa Koven
*Attorneys for Plaintiff*
*Kecia Mashore*
885 Flatbush Avenue, 2nd Floor
Brooklyn, New York 11226

ZEICHNER ELLMAN & KRAUSE LLP   10/13/17

By: _____
Stephen F. Ellman
Ronald M. Neumann
*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

9/20/17

BROMBERG LAW OFFICE, P.C.

By: _____
Brian L. Bromberg
*Attorneys for Plaintiff*
*Kecia Mashore*
26 Broadway, 21st Floor
New York, New York 10004

SO ORDERED:

_____, 2017

_____
ERIC N. VITALIANO
United States District Judge