FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
NOV 01, 2017
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| KECIA MASHORE, | Case No.: 16-CV-7024 (ENV)(PK) |
| Plaintiff, | |
| - against - | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties that the above action is dismissed with prejudice and without costs to any party.

      IT IS FURTHER STIPULATED AND AGREED that the undersigned counsel consent to this Court's retention of jurisdiction over this matter solely for the purpose of enforcing the terms of the Settlement Agreement between the parties. The Settlement Agreement is not being filed with the Court.

**REMAINDER OF PAGE INTENTIONALLY BLANK**

This Stipulation may be signed in counterparts and electronic/facsimile copies and/or photocopies shall be considered originals for all purposes.

Dated: New York, New York
       September 19, 2017

CAMBA LEGAL SERVICES, INC.

By: _____
    Melissa Koven
    *Attorneys for Plaintiff*
    *Kecia Mashore*
    885 Flatbush Avenue, 2nd Floor
    Brooklyn, New York 11226

ZEICHNER ELLMAN & KRAUSE LLP       10/13/17

By: _____
    Stephen F. Ellman
    Ronald M. Neumann
    *Attorneys for Defendant*
    *JPMorgan Chase Bank, N.A.*
    1211 Avenue of the Americas
    New York, New York 10036
    (212) 223-0400

9/20/17

BROMBERG LAW OFFICE, P.C.

By: _____
    Brian L. Bromberg
    *Attorneys for Plaintiff*
    *Kecia Mashore*
    26 Broadway, 21st Floor
    New York, New York 10004

SO ORDERED:

/s/ USDJ ERIC N. VITALIANO        10/31, 2017
    _____
    ERIC N. VITALIANO
    United States District Judge

The Clerk is directed to close this case.